IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WALTER TREMAINE CARRUTHERS                                            PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:20-CV-00047-JMV

STATE OF MISSISSIPPI, KEVIN JOHNSON,
JEFF CHISM, JOE MCDONALD, and MARK COSSIT              DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Plaintiff's Section 1983 complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and all named Defendants are hereby **DISMISSED with prejudice** from this action. This dismissal counts as a "strike" under 28 U.S.C. 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 14th day of December, 2020.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE